

**IN THE**
**TENTH COURT OF APPEALS**

No. 10-15-00259-CV

**IN RE BRENDA COLLINS AND DENNIS EUGENE COLLINS**

**Original Proceeding**

**MEMORANDUM OPINION**

Relators' Petition for Writ of Mandamus filed on July 23, 2015, is denied.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed July 30, 2015
OT06

